# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10064-CIV-KING/REID

ARNOLD BELL,

    Plaintiff,

v.

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the October 21, 2020 Report and Recommendation ("R&R") (DE 12) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by November 4, 2020; none were filed.

The R&R recommends dismissing this case for lack of jurisdiction since Plaintiff's Petition for Writ of Habeas Corpus (the "Petition") pursuant to 28 U.S.C. § 2254 is an unauthorized "second or successive" petition. (*See generally* R&R). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 12)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;
2. Plaintiff's Complaint is hereby **DISMISSED for lack of jurisdiction**; and
3. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of November, 2020.

                                                            JAMES LAWRENCE KING
                                                            UNITED STATES DISTRICT JUDGE
                                                            SOUTHERN DISTRICT OF FLORIDA

cc:      Magistrate Judge Lisette M. Reid
           All counsel of record
           Clerk of Court
           Arnold Bell, *pro se*